## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| ALAN RODEMAKER, | |
| Plaintiff, | |
| v. | |
| CITY OF VALDOSTA BOARD OF EDUCATION, or, in the Alternative, VALDOSTA CITY SCHOOL DISTRICT, WARREN LEE, LIZ SHUMPHARD, TYRA HOWARD, DEBRA BELL, and KELISA BROWN, individually as Agents of the City of Valdosta Board of Education and/or the Valdosta City School District, | Civil Action No. 7:21-cv-00076-HL |
| Defendants. | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that ALAN RODEMAKER, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit, from the order of this Court, dated August 31, 2022, granting the Motions of Defendants Lee, Shumphard, Howard, Bell, and Brown to Dismiss, as well as the Motion of Defendant City of Valdosta Board of Education, or in the Alternative, Valdosta City School District, for Summary Judgment (Dkt. 51), as well as the subsequent judgment entered in favor of said Defendants.  (Dkt. 52).

THIS THE **30th** DAY OF **SEPTEMBER ,** 2022.

SAVAGE & TURNER, P.C.

By:    /s/ Brent J. Savage
          Brent J. Savage
          Georgia Bar No. 627450
          Kathryn Hughes Pinckney
          Georgia Bar No. 376110

102 East Liberty Street, 8th Floor
Post Office Box 10600
Savannah Georgia 31412
Phone:  (912) 231-1140
Fax: (912) 232-4212
bsavage@savagelawfirm.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record:

Thomas W. Joyce, Esq.
Brandon A. Oren, Esq.
William B. McDavid
Jones & Cork, LLP
P. O. Box 6437
Macon, GA 31208
tom.joyce@jonescork.com
brandon.oren@jonescork.com
will.mcdavid@jonescork.com

W. Kerry Howell
W. KERRY HOWELL, LLC
230 Third Street
Macon, Ga. 31201
(478)745-0111
nkhowell_law@bellsouth.net

THIS THE **30th** DAY OF **SEPTEMBER**, 2022.

SAVAGE & TURNER, P.C.

By:    /s/ Brent J. Savage
Brent J. Savage
Georgia Bar No. 627450
Kathryn Hughes Pinckney
Georgia Bar No. 376110

102 East Liberty Street, 8th Floor
Post Office Box 10600
Savannah Georgia 31412
Phone:  (912) 231-1140
Fax: (912) 232-4212
bsavage@savagelawfirm.net