# In the United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-13300

_____

ALAN RODEMAKER,

                              Plaintiff-Appellant,

*versus*

CITY OF VALDOSTA BOARD OF EDUCATION,
or, in the Alternative, VALDOSTA CITY SCHOOL DISTRICT,
WARREN LEE,
individually as Agent of the City of Valdosta Board of Education and/or the Valdosta City School District,
LIZ SHUMPHARD,
individually as Agent of the City of Valdosta Board of Education and/or the Valdosta City School District,
TYRA HOWARD,
individually as Agent of the City of Valdosta Board of Education and/or the Valdosta City School District,
DEBRA BELL,
individually as Agent of the City of Valdosta Board of Education and/or the Valdosta City School District,

2                                                                                                    22-13300

KELISA BROWN,
individually as Agent of the Cityof Valdosta Board of Education
and/or the Valdosta City School District,

                                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 7:21-cv-00076-HL

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 5, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: October 11, 2024